850

No. 96–9453. LaFountain v. Caruso. C. A. 6th Cir. Certiorari denied.

No. 96–9454. Mountain v. Brennan, Superintendent, Albion Correctional Institution. C. A. 3d Cir. Certiorari denied.

No. 96–9455. Lowe v. Cantrell. C. A. 10th Cir. Certiorari denied.

No. 96–9456. Ernst v. Child & Youth Services of Chester County et al. C. A. 3d Cir. Certiorari denied.

No. 96–9457. Thrower v. Anderson, Warden. C. A. 6th Cir. Certiorari denied.

No. 96–9458. Castro v. United States. C. A. 2d Cir. Certiorari denied.

No. 96–9459. Brooks v. Normandy Middle School et al. C. A. 8th Cir. Certiorari denied.

No. 96–9460. Caldwell v. United States. C. A. 11th Cir. Certiorari denied.

No. 96–9461. Bell v. Flores et al. C. A. 10th Cir. Certiorari denied.

No. 96–9462. Aziz v. Groose, Superintendent, Jefferson City Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 96–9463. Braden v. United States. C. A. 6th Cir. Certiorari denied.

No. 96–9464. Bailey v. United States. C. A. 7th Cir. Certiorari denied.

No. 96–9465. Carmouche v. United States. C. A. 5th Cir. Certiorari denied.

No. 96–9466. Marshall v. New Jersey. Sup. Ct. N. J. Certiorari denied.

No. 96–9467. Koonce et al. v. United States; and
No. 97–5602. Koonce v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 116 F. 3d 477.